UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JEFFREY A. MCCOY, )<br>)<br>  Plaintiff )<br>)<br>  vs. )<br>)<br>JB TOOL DIE & ENGINEERING, INC., )<br>)<br>  Defendant ) | CAUSE NO. 1:11-CV-113 RM |

O R D E R

The court GRANTS the parties' stipulation of dismissal [docket # 24], VACATES the final pretrial conference set for October 1, 2012 and the 3-day jury trial set to commence on October 16, 2012, and ORDERS this cause DISMISSED with prejudice, costs paid.

SO ORDERED.

ENTERED:   August 2, 2012

/s/ Robert L. Miller, Jr.
Judge, United States District Court